IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:12-CV-196

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ROGER CARROLL, II, INDIVIDUALLY, ) | |
| AND D/B/A SUPERIOR MARTIAL ARTS ) | |
| ACADEMY, ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**BEFORE THE COURT** is the parties "Motion to Approve Consent Judgment." (Doc. 16). On August 20, 2015, the Court communicated to the attorneys of record that this motion and the proposed order is unclear. The parties did not respond to the Court until September 14, 2015 and indicated that they were still working on fixing the proposed order. In order to facilitate the speed at which the parties resolve this issue, the Court **ORDERS** the parties to file a new motion and proposed order to resolve this issue within seven (7) days. If counsel do not heed this order, this action will be dismissed without prejudice.

**SO ORDERED.**

Signed: September 16, 2015

Richard L. Voorhees
United States District Judge